# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>NORTHSTAR REALTY EUROPE CORP., RICHARD B. SALTZMAN, MAHBOD NIA, MARIO CHISHOLM, THOMAS J. BARRACK, JR., JUDITH A. HANNAWAY, DIANE HURLEY, OSCAR JUNQUERA, WESLEY D. MINAMI, NORTHSTAR REALTY EUROPE LIMITED PARTNERSHIP, NIGHTHAWK MERGER SUB LLC, NIGHTHAWK PARTNERSHIP MERGER SUB LLC, and CORE PANEURO 2019 13 S.À.R.L.,<br>     Defendants. | )<br>)<br>)<br>) Case No. 1:19-cv-01592-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: October 16, 2019

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
  Brian D. Long (#4347)
**OF COUNSEL:**     Gina M. Serra (#5387)
        300 Delaware Avenue, Suite 1220
**RM LAW, P.C.**    Wilmington, DE 19801
Richard A. Maniskas   Telephone: (302) 295-5310
1055 Westlakes Drive, Suite 300 Facsimile: (302) 654-7530
Berwyn, PA 19312   Email: bdl@rl-legal.com
Telephone: (484) 324-6800  Email: gms@rl-legal.com
Facsimile: (484) 631-1305
Email: rm@maniskas.com  *Attorneys for Plaintiff*